DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RODERICK L. BURNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2793

————————————————

June 10, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Roderick L. Burney, pro se.

PER CURIAM.

Affirmed.

VILLANTI, ATKINSON, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.